

**NUMBER 13-08-119-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**WASTE MANAGEMENT OF TEXAS, INC.,**               **Appellant,**

**v.**

**CAMERON COUNTY AND RED RIVER SERVICE,**         **Appellees**.

---

**On appeal from the 107th District Court of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Waste Management of Texas, Inc., ("Waste Management") has filed an unopposed motion to dismiss its appeal. According to this motion, Waste Management no longer desires to pursue its appeal in this matter.

The Court, having considered the documents on file and Waste Management's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Waste Management's motion to dismiss its appeal is hereby granted

and its appeal is DISMISSED.  Costs are taxed against appellant.  *See* TEX. R. APP. P.

42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").


PER CURIAM

Memorandum Opinion delivered and
filed this the 3rd day of April, 2008.